AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED
JAN 2 2 2015
David J. Bradley, Clerk

| | |
|---|---|
| United States of America<br>v.<br>Gustavo Adolfo GALVAN-Hernandez<br>Mexican Citizen<br>YOB: 1991<br><br>*Defendant(s)* | Case No. M-15-0063-M |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 21, 2015__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 | Knowingly and intentionally possess with the intent to distribute a controlled substance/approximately 13.32 kilograms of cocaine, a schedule II controlled substance under the Controlled Substance Act. |

This criminal complaint is based on these facts:

See "Attachment A"

☑ Continued on the attached sheet.

*Approved for filing*
AUSA

_____
*Complainant's signature*

Derek Lacina Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __01/22/2015  8:38 am__

_____
*Judge's signature*

City and state: __McAllen, TX__

Peter Ormsby, U.S. Magistrate Judge
*Printed name and title*

Attachment "A"

On January 21, 2015, Homeland Security Investigations (HSI) Special Agents (SAs) and Task Force Officers (TFOs) were conducting surveillance in Hidalgo, Texas. During surveillance, SAs observed a red colored Chevrolet Tracker bearing Mexican license plates XJG-59-92. HSI SAs initiated surveillance on the Chevrolet Tracker and continued surveillance of the vehicle as it made numerous stops and turns for no apparent reason. HSI SAs believed the driver of the vehicle was attempting to evade agents during surveillance.

Pharr Police Department subsequently conducted a traffic stop on the vehicle and received voluntary consent to search the vehicle from the driver, Gustavo Adolfo GALVAN Hernandez. During a voluntary search of the vehicle, a Pharr PD K-9 alerted to the odor of narcotics inside the back of the vehicle. GALVAN subsequently gave voluntary consent for officers to drive his vehicle to the Hidalgo Port of Entry to further inspect the vehicle. During inspection of the vehicle, agents and officers discovered 12 bundles of a powdery white substance which weighed approximately 13.32 kgs. The white powdery substance tested positive for the properties of cocaine.

HSI SAs subsequently interviewed GALVAN, who voluntarily stated that he has driven the Chevrolet Tracker into the United States on three prior occasions. GALVAN stated that on this particular trip into the U.S., he observed several vehicles following him and believed that they were cops following him. GALVAN stated that he attempting to return to Mexico due to the fact that he was being followed. He stated that he was being paid approximately $800 each time that he crossed the Chevrolet Tracker into the U.S. He stated that he believed he was transporting cocaine. GALVAN stated that he knew what he was doing was wrong and accepted responsibility for his actions.